**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jasmine Da'Shona Thrower<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6726<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court   Eastern District of Virginia

Case number:   25–30734–BFK

# Discharge of Debtor                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jasmine Da'Shona Thrower

June 16, 2025                                           **For the court:**        Charri S Stewart
                                                                                  Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                 Case No. 25-30734-BFK

Jasmine Da'Shona Thrower                                                               Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                                 User: admin                                        Page 1 of 2

Date Rcvd: Jun 17, 2025                             Form ID: 318                                     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#             Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine Da'Shona Thrower, 4025 Norborne Rd, Richmond, VA 23234-1313 |
| 16648419 | + | ABC FITNESS, 208 E KIEHL AVE, SHERWOOD, AR 72120-2963 |
| 16648418 | + | ADEN PARK, 435 GERMAN SCHOOL ROAD, RICHMOND, VA 23225-5939 |
| 16648414 | + | CHIPPAHAM TOWNHOMES, 7523 ANDER COURT, RICHMOND, VA 23225-2024 |
| 16648415 | + | COLONIAL APARTMENTS, 5500 PONY FARM DR, RICHMOND, VA 23227-2613 |
| 16648401 | #+ | GODWIN-JONES, 20S AUBURN AVE, RICHMOND, VA 23221-2910 |
| 16648417 | + | HIGHLAND WOODS APARTMENTS, 583 E BEAL STREET, HIGHLAND SPRINGS, VA 23075-1736 |
| 16648411 | + | JAMES RIVER POINTE, 435 GERMAN SCHOOL ROAD, RICHMOND, VA 23225-5939 |
| 16648416 | + | NORTH 11 APARTMENTS, 11 N LABURUM AVE, RICHMOND, VA 23223-5701 |
| 16648404 | + | PRG PROPERTIES, 2701 EAST LOZERNE STREET, PHILADELPHIA, PA 19137-1411 |
| 16648406 | + | RICHARD KNAPPS & ASSOC, 1910 BYRD AVE #5, RICHMOND, VA 23230-3034 |
| 16648402 | + | SENEX/PATRICK PETTIT, PO BOX 7260, HAMPTON, VA 23666-9004 |
| 16648400 | | SOUTHWEST CREDIT SYSTEM, 4120 INTERNATIONAL PKWY, SUITE 1100, DALLAS, TX 75262 |
| 16648413 | + | STERLING BEAUFONT APARTMENTS, 6839 CARNATION STREET, RICHMOND, VA 23225-5203 |
| 16648408 | + | THE APARTMENT GALLERY, 1 WATERFORD PROFESSIONAL CENTER, YORK, PA 17402-9280 |
| 16648421 | + | THE APARTMENT GALLERY, PO BOX 368, RED LION, PA 17356-0368 |
| 16648410 | + | THE RESIDENCE AT WESTOVER, 5852 WESTOWER DRIVE, RICHMOND, VA 23225-2709 |
| 16648412 | + | THE TIMBERS, 2024 TIMEBER HILL ROAD, RICHMOND, VA 23235-3999 |
| 16648420 | | WOODFORST BANK, PO BOX 789, THE WOODLANDS, TX 77387 |
| 16648422 | + | ZIP CO, 228 PARK AVE S, PMB 59872, NEW YORK, NY 10003-1502 |
| 16648405 | + | ZWEDLING OPPLEMAN, 5020 MONUMENT AVE, RICHMOND, VA 23230-3635 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16648431 | + | Email/Text: bankruptcy@rentacenter.com | Jun 18 2025 01:11:00 | ACCEPTANCE NOW, 5501 HEADQUARTERS DR, PLANO, TX 75024-5837 |
| 16648430 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 18 2025 01:20:13 | AFFIRM, INC, 650 CALIFORNIA ST, FLOOR 12, SAN FRANCISCO, CA 94108-2716 |
| 16648429 | ^ | MEBN | Jun 18 2025 00:56:01 | AFTERPAY US INC, PO BOX 328, SAN FRANCISCO, CA 94104-0328 |
| 16648428 | + | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 01:19:49 | AMERICAN FIRST FINANCE, 7570 W 21ST STREET, N STE 1010C, WICHITA, KS 67205-1764 |
| 16664295 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 01:19:52 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 16648427 | + | Email/Text: bankruptcy@cffinance.com | Jun 18 2025 01:08:00 | C& F FINANCE COMPANY, PO BOX 2129, RICHMOND, VA 23218-2129 |
| 16648432 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | | |

Case 25-30734-BFK   Doc 40   Filed 06/19/25   Entered 06/20/25 00:16:21   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 318 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 18 2025 01:11:23 | CITY OF RICHMOND, 900 E BROAD STREET, RICHMOND, VA 23219-1907 |
| 16648409 | + | EDI: COMCASTCBLCENT | Jun 18 2025 04:43:00 | COMCAST, PO BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 16648426 | | Email/Text: DEbankruptcy@domenergy.com | Jun 18 2025 01:08:00 | DOMINION ENERGY, PO BOX 26666, RICHMOND, VA 23261 |
| 16648425 | + | Email/Text: violationdisputes@ezpassva.com | Jun 18 2025 01:09:00 | EZ PASS, PO BOX 1234, CLIFTON FORGE, VA 24422-0724 |
| 16648424 | + | EDI: JEFFERSONCAP.COM | Jun 18 2025 04:43:00 | JEFFERSON CAPITAL SYSTEMS, 200 14TH AVE EAST, SARTELL, MN 56377-4500 |
| 16648407 | + | Email/Text: bankruptcy@solodarlaw.com | Jun 18 2025 01:09:00 | SOLODAR & SOLODAR, 4825 RADFORD AVENUE, RICHMOND, VA 23230-3532 |
| 16648399 | + | Email/Text: bankruptcy@sw-credit.com | Jun 18 2025 01:10:00 | SOUTHWEST CREDIT SYSTEM, PO BOX 622001, DALLAS, TX 75262-2001 |
| 16648403 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 18 2025 01:11:00 | TRANSWORLD SYSTEM INC, 500 VIRGINIA DRIVE #514, FORT WASHINGTON, PA 19034-2733 |
| 16648423 | + | EDI: VACU.COM | Jun 18 2025 04:43:00 | VIRGINIA CREDIT UNION, PO BOX 90010, RICHMOND, VA 23225-9010 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| William Anthony Broscious | wbroscious@wabtrustee.com ecf.alert+Broscious@titlexi.com |

TOTAL: 2